IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40639
Summary Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

OSCAR LEE MATTHEWS, JR.,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 5:97-CR-8-1
- - - - - - - - - -
December 31, 1998

Before KING, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Oscar Lee Matthews appeals from his conviction by guilty plea of misprision of felony.  Matthews, who reserved the right to appeal from the denial of his suppression motion, contends that the warrant for the search of his residence was not supported by probable cause and that police could not have relied in good faith on the warrant.  We have reviewed the record and the briefs of the parties and we find no reversible error.  Accordingly, Matthews's conviction is affirmed for essentially

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the reasons relied upon by the district court.  *See United States v. Matthews*, No. 5:97-CR-8-1 (E.D. Tex., Dec. 11, 1997).

AFFIRMED.